UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) RONNEY FULLARD, and<br>(2) JERROD LEE,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No.   20cr10231<br><br>Violations:<br><br>Counts One and Two: Felon in Possession of Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about August 7, 2020, in Taunton, in the District of Massachusetts, the defendant,

(1) RONNEY FULLARD,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Taurus, Model: PT 709, 9mm pistol, bearing serial number TDU27287, and six rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about August 7, 2020, in Taunton, in the District of Massachusetts, the defendant,

(2) JERROD LEE,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Ruger Model: P90, .45 caliber pistol, bearing serial number 660-95289, and five rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.      Upon conviction of being a felon in possession of firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1), set forth in Counts One and Two of this Indictment, the defendants,

(1) RONNEY FULLARD, and
(2) JERROD LEE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense.   The property to be forfeited includes, but is not limited to, the following:

   a.   one Taurus, Model: PT 709, 9mm pistol, bearing serial number TDU27287, and six rounds of 9mm ammunition; and

   b.   one a Ruger Model: P90, .45 caliber pistol, bearing serial number 660-95289, and five rounds of .45 caliber ammunition.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

3

A TRUE BILL

FOREPERSON

NICHOLAS SOIVILIEN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: OCTOBER 13, 2020
Returned into the District Court by the Grand Jurors and filed.

/s/ Harold Putnam   10/13/2020; 2:47 p.m.

DEPUTY CLERK